**Order entered April 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00541-CV

**JOHN D. COPELAND, Appellant**

**V.**

**JAY SANDON COOPER, Appellee**

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-13097**

## ORDER

We **GRANT** appellee's second motion to extend time to file brief and **ORDER** the brief

tendered to the Clerk of the Court April 21, 2014 filed as of the date of this order.


/s/　　ELIZABETH LANG-MIERS
　　　　JUSTICE